UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EPPS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. DELEON, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-1306 JAM AC P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On June 3, 2019, the undersigned recommended that the complaint be dismissed without leave to amend because it was untimely. ECF No. 11. Plaintiff has now filed a motion to amend and objections to the findings and recommendations. ECF Nos. 14, 15. However, neither provides any facts that show plaintiff could cure the fact that his complaint is untimely. Id. In light of the pending findings and recommendations and the lack of any evidence that plaintiff could cure the defects in his complaint, the motion to amend will be denied. The objections to the findings and recommendations will be considered by the district judge.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to amend (ECF No. 14) is denied.

DATED: July 17, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE