UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EPPS, | No. 2:17-cv-1306 JAM AC P |
| Plaintiff, | |
| v. | ORDER |
| A. DELEON, et al., | |
| Defendants. | |

On April 6, 2022, the court received a letter from plaintiff requesting assistance in being sent to a state hospital. ECF No. 26. Judgment was entered in this civil rights action on July 23, 2019, and the case has been closed since that time. ECF Nos. 17, 18. Plaintiff is advised that any documents filed since the closing date will be disregarded and no orders will issue in response to future filings. If plaintiff is seeking to challenge the conditions or legality of his confinement, he may do so by initiating a separate civil rights action or habeas petition depending upon type of claims he is attempting to pursue.

IT IS SO ORDERED.

DATED: April 11, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1